UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUZANNE S. HOLLER and MARY A. CALIRI, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>ELMHURST COMMUNITY SCHOOL DISTRICT 205,<br>                Defendant | Case No. 12-2103<br><br>Hon. Rebecca R. Pallmeyer<br><br>Mag. Judge Sheila M. Finnegan |

### JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiffs, Suzanne S. Holler and Mary A. Caliri, on behalf of themselves and the Rule 23 Class and the Section 216 Collective Class ("Plaintiffs"), and Defendant Elmhurst Community School District ("Defendant" or the "District"), hereby move this Court for preliminary approval of their Class and Collective Action Settlement. This Joint Motion for Approval of the Class and Collective Action Settlement is based on the Class and Collective Action Settleemnt Agreement (Exhibit 1, attached hereto), the Notice of Motion, this Motion, the Proposed Order Granting Preliminary Approval of the Class and Collective Action Settlement, pleadings and papers filed in this case, and any oral arguments the Court permits.

WHEREFORE, Plaintiffs and Defendant request an Order:

    A.    Granting preliminary approval of the Class and Collective Action Settlement;

    B.    Provisionally certifying the proposed settlement class pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and Section 216 of the FLSA in connection with the settlement process;

    C.    Appointing Dan Austin and Terrence Buehler as class counsel;

    D.      Approving the parties' proposed Notice of Settlement, Claim Form and Release, and Opt Out Form (Exhibits 2, 3, and 4, attached hereto);

    E.      Approving the proposed settlement procedure proposed in the Class and Collective Action Settlement Agreement;

    F.      Setting a date for Plaintiff to file a motion for final settlement approval and a petition for an award of attorneys' fees and costs;

    G.      Scheduling the Fairness Hearing; and

    H.      Striking the hearing on settlement currently scheduled for June 28, 2013 at 1:30 p.m.

The Proposed Preliminary Approval Order is attached hereto as Exhibit 5.

Dated: June 28, 2013
Respectfully submitted,

| | |
|---|---|
| /s/Terrence Buehler_____ | /s/Shelli L. Anderson_____ |
| Terrence Buehler | Shelli L. Anderson |
| TOUHY, TOUHY & BUEHLER, LLP | Michael A. Warner, Jr. |
| 55 W. Wacker Drive, Suite 1400 | Mark S. Wilkinson |
| Chicago, IL 60601 | 300 S. Wacker Dr., Ste. 3400 |
| Tel: (312) 372-2209 | Chicago, IL 60606 |
| | Tel: (312) 986-0300 |
| Dan G. Austin | |
| The Austin Law Group | *Counsel For Defendant* |
| 1021 W. Adams St., Ste. 102 | *Elmhurst Community School District 205* |
| Chicago, IL | |
| Tel: (312) 829-2300 | |

*Counsel for the Class and
Collective Action*

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on this 28th day of June, 2013, the foregoing JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT was filed electronically with the Clerk of Court using the ECF system, and served on all counsel of record via that system.

/s/Terrence Buehler
*One of the attorneys for the Plaintiffs*