UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUZANNE S. HOLLER and MARY A. CALIRI, individually, and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No. 12 C 2103 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Mag. Judge Sheila Finnegan |
| ELMHURST COMMUNITY SCHOOL DISTRICT 205, | ) ) ) | |
| Defendant | ) | |

**ORDER AND FINAL JUDGMENT OF DISMISSAL
OF CLASS AND COLLECTIVE ACTION WITH PREJUDICE**

This matter having come before the Court on the Class Plaintiff's and Defendant's motion for approval of the settlement set forth in the Settlement Agreement dated June 14, 2013, and the exhibits attached thereto (the "Settlement Agreement"), relating to the above-captioned class and collective action (the "Litigation"), the Court having considered the stipulations submitted by the parties, its own review of the pleadings in this matter, and the Fairness Hearing held on October 17, 2013, IT IS HEREBY ORDERED:

1.      For purposes of this Order and Final Judgment, the Court adopts and incorporates herein the Settlement Agreement, including the definitions set forth therein.

2.      This Court has jurisdiction over the subject matter of the Litigation, and personal jurisdiction over all parties to the Litigation, including all Class Members who did not timely exclude themselves from the Litigation.

3.      The Court, having considered among other things the settlement amount, the releases, and dismissal of the Litigation as to Class Members' claims against Defendant provided for in the Settlement Agreement, hereby approves the settlement set forth in the Settlement Agreement, and finds that the settlement is, in all respects, fair, reasonable, adequate, and in the best interests of the Class Members in accordance with Federal Rule of Civil Procedure 23 and Fair Labor Standards Act, and directs implementation of its terms and provisions.

4.      The Court finds that the Settlement Agreement is fair, reasonable, adequate, and in the best interests of the Class Members based upon, among other things, its familiarity with the Litigation, and upon the following findings of fact and conclusions of law:

(a)      The Litigation between the Class and Defendant was at all times litigated in a competent, vigorous, and contested manner. Class Counsel provided vigorous and skillful representation to the Class Members, and was

experienced and knowledgeable. Defendant was also represented by experienced, skilled, and knowledgeable counsel.

(b) The Settlement Agreement was negotiated at arms'-length. The parties mediated their claims on January 15, 2013 and that led to extended negotiations before a final agreement was reached in June, 2013.

(c) The Class Members faced a risk that they would not prevail in the Litigation and that one or more of the defenses asserted by Defendant would be sustained.

(d) Prior to entering into the Settlement Agreement, the parties exchanged substantial informal discovery. Thus, the parties were well-positioned to evaluate the settlement value of the Litigation, as well as the risks of continued litigation.

(e) If the settlement had not been reached, the parties faced the expense, risk and uncertainty of continued litigation before this Court and on appeal. The Court takes no position on the merits of either party's case. The Court has considered the parties' positions on the merits and the risks of the Class Members' position in support of the fairness, reasonableness, and adequacy of the settlement.

(f) The amount of the settlement is fair, reasonable, and adequate, and it is appropriate in light of claimed maximum damages of the Class Members. The settlement amount is within the range of reasonable settlements that would have been appropriate in this case. The Court observed nothing to indicate a better settlement could or would have been obtained through continued litigation or other action.

(g) The Court further finds that at no time did any of the Class Plaintiffs or Class Counsel derive or receive any assistance in prosecuting the Litigation from any governmental or similar outside source.

(h) At all times, Class Plaintiffs and Class Counsel have acted independently.

5. The Court hereby dismisses the Litigation with prejudice and without litigation costs or attorney's fees as to all claims that Class Plaintiffs raised against Defendant, except as provided for in the settlement agreement. The Court specifically finds that the Plaintiff and all Class Members (including their heirs, executors and administrators, successors, and assigns) who did not timely exclude themselves from the Litigation are bound by the Settlement Agreement and this Order.

6. Neither the Settlement Agreement, this Order, the separate final judgment (or any of the terms or provisions of those documents), nor the fact of settlement, nor any of the proceedings or negotiations connected with settlement (or any of the documents, briefs or statements therein) shall be: (a) construed as a concession or admission by Defendant (or any

1019130.2

other Releasee) with respect to any of the released claims or be deemed evidence of any violation of any statue or law or of any liability, fault or wrongdoing with respect to any released claim; (b) offered or received against Defendant as an admission of concession that recovery could be had in any amount should the Litigation not be settled; (c) construed as a concession or admission by Class Plaintiffs or any Class Member that their claims lack merit or that the defenses asserted by Defendant have merit; (d) offered or received in evidence in any civil, criminal or administrative action, arbitration or other proceeding other than such proceedings as may be necessary to consummate or enforce the Settlement Agreement; provided, however, that Defendant may file the Settlement Agreement, judgment and/or any released executed in connection therewith, in any action that may be brought against Defendant in order to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion, issue preclusion, or similar defense or counterclaim. The Plaintiffs and Class Members forever release and discharge Defendant and the Released Parties of the Released Claims (as those terms are defined by the Settlement Agreement) and all claims or liabilities arising from or related to the Litigation as of July 9, 2013.

7.     The Court finds that the notice given to Class Members and the notice methodology implemented under the Settlement Agreement (i) constituted the best practicable notice; (ii) constituted notice that was reasonably calculated, under the circumstances, to apprise Class Members of the pendency of the Litigation, their right to object to or exclude themselves from the proposed Settlement, and their right to appear at the Final Approval Hearing; (iii) were reasonable and constituted due, adequate and sufficient notice to all persons entitled to receive notice; and (iv) met all applicable requirements of Federal Rule of Civil Procedure 23, the United States Constitution, and all other legal requirements.

8.     The Court hereby permanently bars and enjoins Plaintiffs and all Class Members who have not been timely and properly excluded from the Litigation and any person acting on their behalf from (i) filing, commencing, prosecuting, intervening in, participating in (as class members or otherwise), or receiving any benefits or other relief from, any other lawsuit, in any state or federal court, arbitration, or administrative, regulatory, or other proceeding or order in any jurisdiction based on or relating to the claims and causes of action, or the related facts and circumstances, in this Litigation; and (ii) organizing such non-excluded Class Members into a separate class for purposes of pursuing as a purported class action (including by seeking to amend a pending complaint to include class allegations, or by seeking class certification in a pending action) any lawsuit based on or relating to the claims and causes of action, or related facts and circumstances, in this Litigation.

9.     The Class is defined pursuant to Rule 23(c)(3), and as defined in the Court's Order of July 9, 2013, means the following:

a.     The Class Representatives and all current and former employees of the Defendant who worked for Elmhurst Community Unit School District 205 in the following job classifications between July 1, 2008 and June 30, 2011:

1019130.2

| | | |
|---|---|---|
| Administrative Assistant for Student Services | Administrative Assistant and Special Services II | District Media Coordinator |
| Administrative Assistant for Curriculum and Instruction | Senior Technology Support Specialist | Administrative Assistant Communications and Public Relations Department |
| Technology Support Specialist | Administrative Assistant Classified Payroll | Administrative Assistant to High School Principal/ Coordinator of Office Services |
| Administrative Assistant Certified Payroll | Buildings and Grounds Office Manager | Media Technology Specialist |
| Administrative Assistant Human Resources | Bookkeeper | Administrative Assistant to the Food Service Director |
| Administrative Assistant to the Director of Technology | Technology/Reporting Support | Administrative Assistant Finance and Operations |
| Administrative Assistant Buildings and Grounds | Administrative Assistant Accounts Payable | Web Master |
| Administrative Assistant to High School Principal | Media/Technology Coordinator | Administrative Assistant Human Resources - Substitutes |
| Administrative Assistant Accounts Payable | | |

The Final List of Class Members set forth in Appendix A is comprised of all individuals on the List of Class Members who did not timely exclude themselves from the Litigation.

10.     All Class Members receiving a Settlement Payment will receive an Internal Revenue Service form W-2 for all amounts paid under the Settlement Agreement.  Settlement Payments shall be subject to all required and customary payroll taxes (federal income taxes, state income taxes, employee's share of FICA taxes, and other state-specific statutory deductions, including pension contributions).  Defendant shall pay the employer's portion of state and federal payroll taxes for the Settlement Payment, and the Settlement Administrator shall deduct the employee share of all required payroll taxes of the Claimants and Class Representatives from the Settlement Payments.

Defendant shall report to the Illinois Municipal Retirement Fund the amount of Settlement Payment paid to each Class Member as wages earned and attributable to each Class Member, and those wages are allocated and apportioned to each month of the Class Period to bear a reasonable relationship to the number of overtime hours each Class Member worked during the particular School Year during the Class Period as set forth in Appendix B.

11.     The Court approves the requested Enhancement Payments to Suzanne S. Holler and Mary A. Caliri.  They will each receive from the Maximum Gross Settlement Amount an Enhancement Payment for their services as Class Representatives in the

1019130.2

amount of $2,000. Suzanne S. Holler and Mary A. Caliri will receive an Internal Revenue Service form 1099 in connection with the Enhancement Payments. The Enhancement Payments shall come from the Maximum Gross Settlement Amount. The Enhancement Payments will be in addition to amounts identified below in Section 3(1)(1) of the Settlement Agreement.

12.     The Court has considered Class Counsel's Motion for Attorneys' Fees and Costs, as well as the record in the Litigation. The Court approves payment to Class Counsel of $72,500 in attorneys' fees and in reimbursement of litigation costs and expenses, to be paid in accordance with the Settlement Agreement out of the Gross Settlement Amount, and not from any other source, upon the Payment Date, which shall be after the Effective Date as defined in the Settlement Agreement. The amount of fees is appropriate under the percentage of recovery method of fee computation. In making this determination, the Court further finds and concludes and bases its determination on the recognition that settlement funds available to Class Members were created by the efforts of Class Counsel, for which they are entitled to compensation.

13.     Without affecting the finality of this judgment in any way, the Court hereby retains exclusive jurisdiction over any and all issues, cases or matters relating to or concerning the administration, effectuation, and enforcement of the Settlement Agreement, and the parties, Class Members and counsel in connection therewith, and for such other matters as may properly come before it. Any disputes or controversies arising with respect to the interpretation, consummation, enforcement, or implementation of the Settlement shall be presented by motion to the Court.

Dated:  October 17, 2013

Honorable Sheila Finnegan
United States Magistrate Judge

1019130.2

# Appendix A

1019130.2

| (1) | Gina Brahm | (16) | Kim Botdorf |
|-----|------------|------|-------------|
| (2) | Colleen Braun | (17) | Kim Cicinelli |
| (3) | Adam Brown | (18) | Deb Citko |
| (4) | Mary Caliri | (19) | Cecilia Cosylion |
| (5) | Michael Cotton | (20) | Carol Esposito |
| (6) | Max Hester | (21) | Bev Flora |
| (7) | Suzanne Holler | (22) | Aisha Hurston-Brownlee |
| (8) | Martha Intrieri | (23) | Deb Hollstein |
| (9) | Eileen Lascola | (24) | Carol Lamplot |
| (10) | Judy Prideaux | (25) | Todd Mooney |
| (11) | Todd Stash | (26) | Sue Nelson |
| (12) | Ellen S. Walsh | (27) | Chris Olson |
| (13) | Steven Zachara | (28) | Tom Sachen |
| (14) | Alice Belden | (29) | Kathy Schroeder |
| (15) | Joyce Bennett | (30) | Jody Studenny |

1019130.2

# Appendix B

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Gina Brahm | 2008-2009 | $145.35 | January | $12.11 |
| | | | February | $12.11 |
| | | | March | $12.11 |
| | | | April | $12.11 |
| | | | May | $12.11 |
| | | | June | $12.11 |
| | | | July | $12.11 |
| | | | August | $12.11 |
| | | | September | $12.11 |
| | | | October | $12.12 |
| | | | November | $12.12 |
| | | | December | $12.12 |
| | 2009-2010 | $149.35 | January | $12.44 |
| | | | February | $12.44 |
| | | | March | $12.44 |
| | | | April | $12.44 |
| | | | May | $12.44 |
| | | | June | $12.45 |
| | | | July | $12.45 |
| | | | August | $12.45 |
| | | | September | $12.45 |
| | | | October | $12.45 |
| | | | November | $12.45 |
| | | | December | $12.45 |
| | 2010-2011 | $150.88 | January | $12.57 |
| | | | February | $12.57 |
| | | | March | $12.57 |
| | | | April | $12.57 |
| | | | May | $12.57 |
| | | | June | $12.57 |
| | | | July | $12.57 |
| | | | August | $12.57 |
| | | | September | $12.58 |
| | | | October | $12.58 |
| | | | November | $12.58 |
| | | | December | $12.58 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Colleen Braun | 2008-2009 | $6,971.86 | January | $580.98 |
| | | | February | $580.98 |
| | | | March | $580.99 |
| | | | April | $580.99 |
| | | | May | $580.99 |
| | | | June | $580.99 |
| | | | July | $580.99 |
| | | | August | $580.99 |
| | | | September | $580.99 |
| | | | October | $580.99 |
| | | | November | $580.99 |
| | | | December | $580.99 |
| | 2009-2010 | $6,597.85 | January | $549.82 |
| | | | February | $549.82 |
| | | | March | $549.82 |
| | | | April | $549.82 |
| | | | May | $549.82 |
| | | | June | $549.82 |
| | | | July | $549.82 |
| | | | August | $549.82 |
| | | | September | $549.82 |
| | | | October | $549.82 |
| | | | November | $549.82 |
| | | | December | $549.83 |
| | 2010-2011 | $6,473.60 | January | $539.46 |
| | | | February | $539.46 |
| | | | March | $539.46 |
| | | | April | $539.46 |
| | | | May | $539.47 |
| | | | June | $539.47 |
| | | | July | $539.47 |
| | | | August | $539.47 |
| | | | September | $539.47 |
| | | | October | $539.47 |
| | | | November | $539.47 |
| | | | December | $539.47 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Adam Brown | 2008-2009 | $0.00 | January | $0.00 |
| | | | February | $0.00 |
| | | | March | $0.00 |
| | | | April | $0.00 |
| | | | May | $0.00 |
| | | | June | $0.00 |
| | | | July | $0.00 |
| | | | August | $0.00 |
| | | | September | $0.00 |
| | | | October | $0.00 |
| | | | November | $0.00 |
| | | | December | $0.00 |
| | 2009-2010 | $3,528.15 | January | $294.01 |
| | | | February | $294.01 |
| | | | March | $294.01 |
| | | | April | $294.01 |
| | | | May | $294.01 |
| | | | June | $294.01 |
| | | | July | $294.01 |
| | | | August | $294.01 |
| | | | September | $294.01 |
| | | | October | $294.02 |
| | | | November | $294.02 |
| | | | December | $294.02 |
| | 2010-2011 | $3,528.15 | January | $294.01 |
| | | | February | $294.01 |
| | | | March | $294.01 |
| | | | April | $294.01 |
| | | | May | $294.01 |
| | | | June | $294.01 |
| | | | July | $294.01 |
| | | | August | $294.01 |
| | | | September | $294.01 |
| | | | October | $294.02 |
| | | | November | $294.02 |
| | | | December | $294.02 |

3

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Mary Caliri | 2008-2009 | $4,267.67 | January | $355.63 |
| | | | February | $355.64 |
| | | | March | $355.64 |
| | | | April | $355.64 |
| | | | May | $355.64 |
| | | | June | $355.64 |
| | | | July | $355.64 |
| | | | August | $355.64 |
| | | | September | $355.64 |
| | | | October | $355.64 |
| | | | November | $355.64 |
| | | | December | $355.64 |
| | 2009-2010 | $4,420.15 | January | $368.34 |
| | | | February | $368.34 |
| | | | March | $368.34 |
| | | | April | $368.34 |
| | | | May | $368.34 |
| | | | June | $368.35 |
| | | | July | $368.35 |
| | | | August | $368.35 |
| | | | September | $368.35 |
| | | | October | $368.35 |
| | | | November | $368.35 |
| | | | December | $368.35 |
| | 2010-2011 | $3,338.90 | January | $278.24 |
| | | | February | $278.24 |
| | | | March | $278.24 |
| | | | April | $278.24 |
| | | | May | $278.24 |
| | | | June | $278.24 |
| | | | July | $278.24 |
| | | | August | $278.24 |
| | | | September | $278.24 |
| | | | October | $278.24 |
| | | | November | $278.25 |
| | | | December | $278.25 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Michael Cotton | 2008-2009 | $3,758.40 | January | $313.20 |
| | | | February | $313.20 |
| | | | March | $313.20 |
| | | | April | $313.20 |
| | | | May | $313.20 |
| | | | June | $313.20 |
| | | | July | $313.20 |
| | | | August | $313.20 |
| | | | September | $313.20 |
| | | | October | $313.20 |
| | | | November | $313.20 |
| | | | December | $313.20 |
| | | | | |
| | 2009-2010 | $4,090.74 | January | $340.89 |
| | | | February | $340.89 |
| | | | March | $340.89 |
| | | | April | $340.89 |
| | | | May | $340.89 |
| | | | June | $340.89 |
| | | | July | $340.90 |
| | | | August | $340.90 |
| | | | September | $340.90 |
| | | | October | $340.90 |
| | | | November | $340.90 |
| | | | December | $340.90 |
| | | | | |
| | 2010-2011 | $3,775.80 | January | $314.65 |
| | | | February | $314.65 |
| | | | March | $314.65 |
| | | | April | $314.65 |
| | | | May | $314.65 |
| | | | June | $314.65 |
| | | | July | $314.65 |
| | | | August | $314.65 |
| | | | September | $314.65 |
| | | | October | $314.65 |
| | | | November | $314.65 |
| | | | December | $314.65 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Max Hester | 2008-2009 | $0.00 | January | $0.00 |
| | | | February | $0.00 |
| | | | March | $0.00 |
| | | | April | $0.00 |
| | | | May | $0.00 |
| | | | June | $0.00 |
| | | | July | $0.00 |
| | | | August | $0.00 |
| | | | September | $0.00 |
| | | | October | $0.00 |
| | | | November | $0.00 |
| | | | December | $0.00 |
| | 2009-2010 | $5,488.83 | January | $457.40 |
| | | | February | $457.40 |
| | | | March | $457.40 |
| | | | April | $457.40 |
| | | | May | $457.40 |
| | | | June | $457.40 |
| | | | July | $457.40 |
| | | | August | $457.40 |
| | | | September | $457.40 |
| | | | October | $457.41 |
| | | | November | $457.41 |
| | | | December | $457.41 |
| | 2010-2011 | $4,476.15 | January | $373.01 |
| | | | February | $373.01 |
| | | | March | $373.01 |
| | | | April | $373.01 |
| | | | May | $373.01 |
| | | | June | $373.01 |
| | | | July | $373.01 |
| | | | August | $373.01 |
| | | | September | $373.01 |
| | | | October | $373.02 |
| | | | November | $373.02 |
| | | | December | $373.02 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Suzanne Holler | 2008-2009 | $2,711.24 | January | $225.93 |
| | | | February | $225.93 |
| | | | March | $225.93 |
| | | | April | $225.93 |
| | | | May | $225.94 |
| | | | June | $225.94 |
| | | | July | $225.94 |
| | | | August | $225.94 |
| | | | September | $225.94 |
| | | | October | $225.94 |
| | | | November | $225.94 |
| | | | December | $225.94 |
| | 2009-2010 | $1,905.84 | January | $158.82 |
| | | | February | $158.82 |
| | | | March | $158.82 |
| | | | April | $158.82 |
| | | | May | $158.82 |
| | | | June | $158.82 |
| | | | July | $158.82 |
| | | | August | $158.82 |
| | | | September | $158.82 |
| | | | October | $158.82 |
| | | | November | $158.82 |
| | | | December | $158.82 |
| | 2010-2011 | $2,938.17 | January | $244.84 |
| | | | February | $244.84 |
| | | | March | $244.84 |
| | | | April | $244.85 |
| | | | May | $244.85 |
| | | | June | $244.85 |
| | | | July | $244.85 |
| | | | August | $244.85 |
| | | | September | $244.85 |
| | | | October | $244.85 |
| | | | November | $244.85 |
| | | | December | $244.85 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Martha Intrieri | 2008-2009 | $3,242.68 | January | $270.22 |
| | | | February | $270.22 |
| | | | March | $270.22 |
| | | | April | $270.22 |
| | | | May | $270.22 |
| | | | June | $270.22 |
| | | | July | $270.22 |
| | | | August | $270.22 |
| | | | September | $270.23 |
| | | | October | $270.23 |
| | | | November | $270.23 |
| | | | December | $270.23 |
| | 2009-2010 | $3,331.48 | January | $277.62 |
| | | | February | $277.62 |
| | | | March | $277.62 |
| | | | April | $277.62 |
| | | | May | $277.62 |
| | | | June | $277.62 |
| | | | July | $277.62 |
| | | | August | $277.62 |
| | | | September | $277.63 |
| | | | October | $277.63 |
| | | | November | $277.63 |
| | | | December | $277.63 |
| | 2010-2011 | $4,364.35 | January | $363.69 |
| | | | February | $363.69 |
| | | | March | $363.69 |
| | | | April | $363.69 |
| | | | May | $363.69 |
| | | | June | $363.70 |
| | | | July | $363.70 |
| | | | August | $363.70 |
| | | | September | $363.70 |
| | | | October | $363.70 |
| | | | November | $363.70 |
| | | | December | $363.70 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Eileen Lascola | 2008-2009 | $284.70 | January | $23.72 |
| | | | February | $23.72 |
| | | | March | $23.72 |
| | | | April | $23.72 |
| | | | May | $23.72 |
| | | | June | $23.72 |
| | | | July | $23.73 |
| | | | August | $23.73 |
| | | | September | $23.73 |
| | | | October | $23.73 |
| | | | November | $23.73 |
| | | | December | $23.73 |
| | 2009-2010 | $1,051.91 | January | $87.65 |
| | | | February | $87.66 |
| | | | March | $87.66 |
| | | | April | $87.66 |
| | | | May | $87.66 |
| | | | June | $87.66 |
| | | | July | $87.66 |
| | | | August | $87.66 |
| | | | September | $87.66 |
| | | | October | $87.66 |
| | | | November | $87.66 |
| | | | December | $87.66 |
| | 2010-2011 | $1,106.80 | January | $92.23 |
| | | | February | $92.23 |
| | | | March | $92.23 |
| | | | April | $92.23 |
| | | | May | $92.23 |
| | | | June | $92.23 |
| | | | July | $92.23 |
| | | | August | $92.23 |
| | | | September | $92.24 |
| | | | October | $92.24 |
| | | | November | $92.24 |
| | | | December | $92.24 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Judy Prideaux | 2008-2009 | $2,530.00 | January | $210.83 |
| | | | February | $210.83 |
| | | | March | $210.83 |
| | | | April | $210.83 |
| | | | May | $210.83 |
| | | | June | $210.83 |
| | | | July | $210.83 |
| | | | August | $210.83 |
| | | | September | $210.84 |
| | | | October | $210.84 |
| | | | November | $210.84 |
| | | | December | $210.84 |
| | 2009-2010 | $2,510.00 | January | $209.16 |
| | | | February | $209.16 |
| | | | March | $209.16 |
| | | | April | $209.16 |
| | | | May | $209.17 |
| | | | June | $209.17 |
| | | | July | $209.17 |
| | | | August | $209.17 |
| | | | September | $209.17 |
| | | | October | $209.17 |
| | | | November | $209.17 |
| | | | December | $209.17 |
| | 2010-2011 | $0.00 | January | $0.00 |
| | | | February | $0.00 |
| | | | March | $0.00 |
| | | | April | $0.00 |
| | | | May | $0.00 |
| | | | June | $0.00 |
| | | | July | $0.00 |
| | | | August | $0.00 |
| | | | September | $0.00 |
| | | | October | $0.00 |
| | | | November | $0.00 |
| | | | December | $0.00 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Todd Stash | 2008-2009 | $1,921.41 | January | $160.11 |
| | | | February | $160.11 |
| | | | March | $160.11 |
| | | | April | $160.12 |
| | | | May | $160.12 |
| | | | June | $160.12 |
| | | | July | $160.12 |
| | | | August | $160.12 |
| | | | September | $160.12 |
| | | | October | $160.12 |
| | | | November | $160.12 |
| | | | December | $160.12 |
| | 2009-2010 | $0.00 | January | $0.00 |
| | | | February | $0.00 |
| | | | March | $0.00 |
| | | | April | $0.00 |
| | | | May | $0.00 |
| | | | June | $0.00 |
| | | | July | $0.00 |
| | | | August | $0.00 |
| | | | September | $0.00 |
| | | | October | $0.00 |
| | | | November | $0.00 |
| | | | December | $0.00 |
| | 2010-2011 | $0.00 | January | $0.00 |
| | | | February | $0.00 |
| | | | March | $0.00 |
| | | | April | $0.00 |
| | | | May | $0.00 |
| | | | June | $0.00 |
| | | | July | $0.00 |
| | | | August | $0.00 |
| | | | September | $0.00 |
| | | | October | $0.00 |
| | | | November | $0.00 |
| | | | December | $0.00 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Ellen S. Walsh | 2008-2009 | $3,053.10 | January | $254.42 |
| | | | February | $254.42 |
| | | | March | $254.42 |
| | | | April | $254.42 |
| | | | May | $254.42 |
| | | | June | $254.42 |
| | | | July | $254.43 |
| | | | August | $254.43 |
| | | | September | $254.43 |
| | | | October | $254.43 |
| | | | November | $254.43 |
| | | | December | $254.43 |
| | | | | |
| | 2009-2010 | $3,045.60 | January | $253.80 |
| | | | February | $253.80 |
| | | | March | $253.80 |
| | | | April | $253.80 |
| | | | May | $253.80 |
| | | | June | $253.80 |
| | | | July | $253.80 |
| | | | August | $253.80 |
| | | | September | $253.80 |
| | | | October | $253.80 |
| | | | November | $253.80 |
| | | | December | $253.80 |
| | | | | |
| | 2010-2011 | $3,693.09 | January | $307.75 |
| | | | February | $307.75 |
| | | | March | $307.75 |
| | | | April | $307.76 |
| | | | May | $307.76 |
| | | | June | $307.76 |
| | | | July | $307.76 |
| | | | August | $307.76 |
| | | | September | $307.76 |
| | | | October | $307.76 |
| | | | November | $307.76 |
| | | | December | $307.76 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Steven Zachara | 2008-2009 | $2,326.32 | January | $193.86 |
| | | | February | $193.86 |
| | | | March | $193.86 |
| | | | April | $193.86 |
| | | | May | $193.86 |
| | | | June | $193.86 |
| | | | July | $193.86 |
| | | | August | $193.86 |
| | | | September | $193.86 |
| | | | October | $193.86 |
| | | | November | $193.86 |
| | | | December | $193.86 |
| | 2009-2010 | $2,662.20 | January | $221.85 |
| | | | February | $221.85 |
| | | | March | $221.85 |
| | | | April | $221.85 |
| | | | May | $221.85 |
| | | | June | $221.85 |
| | | | July | $221.85 |
| | | | August | $221.85 |
| | | | September | $221.85 |
| | | | October | $221.85 |
| | | | November | $221.85 |
| | | | December | $221.85 |
| | 2010-2011 | $2,514.30 | January | $209.52 |
| | | | February | $209.52 |
| | | | March | $209.52 |
| | | | April | $209.52 |
| | | | May | $209.52 |
| | | | June | $209.52 |
| | | | July | $209.53 |
| | | | August | $209.53 |
| | | | September | $209.53 |
| | | | October | $209.53 |
| | | | November | $209.53 |
| | | | December | $209.53 |

13

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Alice Belden | 2008-2009 | $15,652.10 | January | $1,304.34 |
| | | | February | $1,304.34 |
| | | | March | $1,304.34 |
| | | | April | $1,304.34 |
| | | | May | $1,304.34 |
| | | | June | $1,304.34 |
| | | | July | $1,304.34 |
| | | | August | $1,304.34 |
| | | | September | $1,304.34 |
| | | | October | $1,304.34 |
| | | | November | $1,304.35 |
| | | | December | $1,304.35 |
| | 2009-2010 | $16,084.52 | January | $1,340.37 |
| | | | February | 1,340.37 |
| | | | March | 1,340.37 |
| | | | April | 1,340.37 |
| | | | May | 1,340.38 |
| | | | June | 1,340.38 |
| | | | July | 1,340.38 |
| | | | August | 1,340.38 |
| | | | September | 1,340.38 |
| | | | October | 1,340.38 |
| | | | November | 1,340.38 |
| | | | December | 1,340.38 |
| | 2010-2011 | $16,087.03 | January | $1,340.58 |
| | | | February | $1,340.58 |
| | | | March | $1,340.58 |
| | | | April | $1,340.58 |
| | | | May | $1,340.58 |
| | | | June | $1,340.59 |
| | | | July | $1,340.59 |
| | | | August | $1,340.59 |
| | | | September | $1,340.59 |
| | | | October | $1,340.59 |
| | | | November | $1,340.59 |
| | | | December | $1,340.59 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| | | | January | $349.00 |
| | | | February | $349.00 |
| | | | March | $349.00 |
| | | | April | $349.00 |
| | | | May | $349.00 |
| | 2008-2009 | $4,188.00 | June | $349.00 |
| | | | July | $349.00 |
| | | | August | $349.00 |
| | | | September | $349.00 |
| | | | October | $349.00 |
| | | | November | $349.00 |
| | | | December | $349.00 |
| | | | | |
| | | | January | $358.66 |
| | | | February | $358.66 |
| | | | March | $358.66 |
| | | | April | $358.66 |
| | | | May | $358.66 |
| Kim Botdorf | 2009-2010 | $4,304.00 | June | $358.67 |
| | | | July | $358.67 |
| | | | August | $358.67 |
| | | | September | $358.67 |
| | | | October | $358.67 |
| | | | November | $358.67 |
| | | | December | $358.67 |
| | | | | |
| | | | January | $0.00 |
| | | | February | $0.00 |
| | | | March | $0.00 |
| | | | April | $0.00 |
| | | | May | $0.00 |
| | 2010-2011 | $0.00 | June | $0.00 |
| | | | July | $0.00 |
| | | | August | $0.00 |
| | | | September | $0.00 |
| | | | October | $0.00 |
| | | | November | $0.00 |
| | | | December | $0.00 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Kim Cicinelli | 2008-2009 | $5,675.54 | January | $472.96 |
| | | | February | $472.96 |
| | | | March | $472.96 |
| | | | April | $472.96 |
| | | | May | $472.96 |
| | | | June | $472.96 |
| | | | July | $472.96 |
| | | | August | $472.96 |
| | | | September | $472.96 |
| | | | October | $472.96 |
| | | | November | $472.97 |
| | | | December | $472.97 |
| | 2009-2010 | $5,833.34 | January | $486.11 |
| | | | February | $486.11 |
| | | | March | $486.11 |
| | | | April | $486.11 |
| | | | May | $486.11 |
| | | | June | $486.11 |
| | | | July | $486.11 |
| | | | August | $486.11 |
| | | | September | $486.11 |
| | | | October | $486.11 |
| | | | November | $486.12 |
| | | | December | $486.12 |
| | 2010-2011 | $5,911.50 | January | $492.62 |
| | | | February | $492.62 |
| | | | March | $492.62 |
| | | | April | $492.62 |
| | | | May | $492.62 |
| | | | June | $492.62 |
| | | | July | $492.63 |
| | | | August | $492.63 |
| | | | September | $492.63 |
| | | | October | $492.63 |
| | | | November | $492.63 |
| | | | December | $492.63 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Deb Citko | 2008-2009 | $750.24 | January | $62.52 |
| | | | February | $62.52 |
| | | | March | $62.52 |
| | | | April | $62.52 |
| | | | May | $62.52 |
| | | | June | $62.52 |
| | | | July | $62.52 |
| | | | August | $62.52 |
| | | | September | $62.52 |
| | | | October | $62.52 |
| | | | November | $62.52 |
| | | | December | $62.52 |
| | 2009-2010 | $770.87 | January | $64.23 |
| | | | February | $64.24 |
| | | | March | $64.24 |
| | | | April | $64.24 |
| | | | May | $64.24 |
| | | | June | $64.24 |
| | | | July | $64.24 |
| | | | August | $64.24 |
| | | | September | $64.24 |
| | | | October | $64.24 |
| | | | November | $64.24 |
| | | | December | $64.24 |
| | 2010-2011 | $770.87 | January | $64.23 |
| | | | February | $64.24 |
| | | | March | $64.24 |
| | | | April | $64.24 |
| | | | May | $64.24 |
| | | | June | $64.24 |
| | | | July | $64.24 |
| | | | August | $64.24 |
| | | | September | $64.24 |
| | | | October | $64.24 |
| | | | November | $64.24 |
| | | | December | $64.24 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Carol Esposito | 2008-2009 | $1,048.32 | January | $87.36 |
| | | | February | $87.36 |
| | | | March | $87.36 |
| | | | April | $87.36 |
| | | | May | $87.36 |
| | | | June | $87.36 |
| | | | July | $87.36 |
| | | | August | $87.36 |
| | | | September | $87.36 |
| | | | October | $87.36 |
| | | | November | $87.36 |
| | | | December | $87.36 |
| | 2009-2010 | $1,079.77 | January | $89.98 |
| | | | February | $89.98 |
| | | | March | $89.98 |
| | | | April | $89.98 |
| | | | May | $89.98 |
| | | | June | $89.98 |
| | | | July | $89.98 |
| | | | August | $89.98 |
| | | | September | $89.98 |
| | | | October | $89.98 |
| | | | November | $89.98 |
| | | | December | $89.99 |
| | 2010-2011 | $1,114.80 | January | $92.90 |
| | | | February | $92.90 |
| | | | March | $92.90 |
| | | | April | $92.90 |
| | | | May | $92.90 |
| | | | June | $92.90 |
| | | | July | $92.90 |
| | | | August | $92.90 |
| | | | September | $92.90 |
| | | | October | $92.90 |
| | | | November | $92.90 |
| | | | December | $92.90 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Aisha Hurston-Brownlee | 2008-2009 | $1,483.68 | January | $123.64 |
| | | | February | $123.64 |
| | | | March | $123.64 |
| | | | April | $123.64 |
| | | | May | $123.64 |
| | | | June | $123.64 |
| | | | July | $123.64 |
| | | | August | $123.64 |
| | | | September | $123.64 |
| | | | October | $123.64 |
| | | | November | $123.64 |
| | | | December | $123.64 |
| | 2009-2010 | $1,521.30 | January | $126.77 |
| | | | February | $126.77 |
| | | | March | $126.77 |
| | | | April | $126.77 |
| | | | May | $126.77 |
| | | | June | $126.77 |
| | | | July | $126.78 |
| | | | August | $126.78 |
| | | | September | $126.78 |
| | | | October | $126.78 |
| | | | November | $126.78 |
| | | | December | $126.78 |
| | 2010-2011 | $0.00 | January | $0.00 |
| | | | February | $0.00 |
| | | | March | $0.00 |
| | | | April | $0.00 |
| | | | May | $0.00 |
| | | | June | $0.00 |
| | | | July | $0.00 |
| | | | August | $0.00 |
| | | | September | $0.00 |
| | | | October | $0.00 |
| | | | November | $0.00 |
| | | | December | $0.00 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Deb Hollstein | 2008-2009 | $233.65 | January | $19.47 |
| | | | February | $19.47 |
| | | | March | $19.47 |
| | | | April | $19.47 |
| | | | May | $19.47 |
| | | | June | $19.47 |
| | | | July | $19.47 |
| | | | August | $19.47 |
| | | | September | $19.47 |
| | | | October | $19.47 |
| | | | November | $19.47 |
| | | | December | $19.48 |
| | 2009-2010 | $240.07 | January | $20.00 |
| | | | February | $20.00 |
| | | | March | $20.00 |
| | | | April | $20.00 |
| | | | May | $20.00 |
| | | | June | $20.01 |
| | | | July | $20.01 |
| | | | August | $20.01 |
| | | | September | $20.01 |
| | | | October | $20.01 |
| | | | November | $20.01 |
| | | | December | $20.01 |
| | 2010-2011 | $240.07 | January | $20.00 |
| | | | February | $20.00 |
| | | | March | $20.00 |
| | | | April | $20.00 |
| | | | May | $20.00 |
| | | | June | $20.01 |
| | | | July | $20.01 |
| | | | August | $20.01 |
| | | | September | $20.01 |
| | | | October | $20.01 |
| | | | November | $20.01 |
| | | | December | $20.01 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Carol Lamplot | 2008-2009 | $0.00 | January | $0.00 |
| | | | February | $0.00 |
| | | | March | $0.00 |
| | | | April | $0.00 |
| | | | May | $0.00 |
| | | | June | $0.00 |
| | | | July | $0.00 |
| | | | August | $0.00 |
| | | | September | $0.00 |
| | | | October | $0.00 |
| | | | November | $0.00 |
| | | | December | $0.00 |
| | 2009-2010 | $0.00 | January | $0.00 |
| | | | February | $0.00 |
| | | | March | $0.00 |
| | | | April | $0.00 |
| | | | May | $0.00 |
| | | | June | $0.00 |
| | | | July | $0.00 |
| | | | August | $0.00 |
| | | | September | $0.00 |
| | | | October | $0.00 |
| | | | November | $0.00 |
| | | | December | $0.00 |
| | 2010-2011 | $4,846.15 | January | $403.84 |
| | | | February | $403.84 |
| | | | March | $403.84 |
| | | | April | $403.84 |
| | | | May | $403.84 |
| | | | June | $403.85 |
| | | | July | $403.85 |
| | | | August | $403.85 |
| | | | September | $403.85 |
| | | | October | $403.85 |
| | | | November | $403.85 |
| | | | December | $403.85 |

21

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Todd Mooney | 2008-2009 | $2,328.97 | January | $194.08 |
| | | | February | $194.08 |
| | | | March | $194.08 |
| | | | April | $194.08 |
| | | | May | $194.08 |
| | | | June | $194.08 |
| | | | July | $194.08 |
| | | | August | $194.08 |
| | | | September | $194.08 |
| | | | October | $194.08 |
| | | | November | $194.08 |
| | | | December | $194.09 |
| | 2009-2010 | $2,368.88 | January | $197.40 |
| | | | February | $197.40 |
| | | | March | $197.40 |
| | | | April | $197.40 |
| | | | May | $197.41 |
| | | | June | $197.41 |
| | | | July | $197.41 |
| | | | August | $197.41 |
| | | | September | $197.41 |
| | | | October | $197.41 |
| | | | November | $197.41 |
| | | | December | $197.41 |
| | 2010-2011 | $2,414.94 | January | $201.24 |
| | | | February | $201.24 |
| | | | March | $201.24 |
| | | | April | $201.24 |
| | | | May | $201.24 |
| | | | June | $201.24 |
| | | | July | $201.25 |
| | | | August | $201.25 |
| | | | September | $201.25 |
| | | | October | $201.25 |
| | | | November | $201.25 |
| | | | December | $201.25 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Sue Nelson | 2008-2009 | $368.10 | January | $30.67 |
| | | | February | $30.67 |
| | | | March | $30.67 |
| | | | April | $30.67 |
| | | | May | $30.67 |
| | | | June | $30.67 |
| | | | July | $30.68 |
| | | | August | $30.68 |
| | | | September | $30.68 |
| | | | October | $30.68 |
| | | | November | $30.68 |
| | | | December | $30.68 |
| | 2009-2010 | $378.30 | January | $31.52 |
| | | | February | $31.52 |
| | | | March | $31.52 |
| | | | April | $31.52 |
| | | | May | $31.52 |
| | | | June | $31.52 |
| | | | July | $31.53 |
| | | | August | $31.53 |
| | | | September | $31.53 |
| | | | October | $31.53 |
| | | | November | $31.53 |
| | | | December | $31.53 |
| | 2010-2011 | $378.30 | January | $31.52 |
| | | | February | $31.52 |
| | | | March | $31.52 |
| | | | April | $31.52 |
| | | | May | $31.52 |
| | | | June | $31.52 |
| | | | July | $31.53 |
| | | | August | $31.53 |
| | | | September | $31.53 |
| | | | October | $31.53 |
| | | | November | $31.53 |
| | | | December | $31.53 |

1019130.2

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Chris Olson | 2008-2009 | $987.18 | January | $82.26 |
| | | | February | $82.26 |
| | | | March | $82.26 |
| | | | April | $82.26 |
| | | | May | $82.26 |
| | | | June | $82.26 |
| | | | July | $82.27 |
| | | | August | $82.27 |
| | | | September | $82.27 |
| | | | October | $82.27 |
| | | | November | $82.27 |
| | | | December | $82.27 |
| | | | | |
| | 2009-2010 | $1,019.26 | January | $84.93 |
| | | | February | $84.93 |
| | | | March | $84.94 |
| | | | April | $84.94 |
| | | | May | $84.94 |
| | | | June | $84.94 |
| | | | July | $84.94 |
| | | | August | $84.94 |
| | | | September | $84.94 |
| | | | October | $84.94 |
| | | | November | $84.94 |
| | | | December | $84.94 |
| | | | | |
| | 2010-2011 | $1,034.54 | January | $86.21 |
| | | | February | $86.21 |
| | | | March | $86.21 |
| | | | April | $86.21 |
| | | | May | $86.21 |
| | | | June | $86.21 |
| | | | July | $86.21 |
| | | | August | $86.21 |
| | | | September | $86.21 |
| | | | October | $86.21 |
| | | | November | $86.22 |
| | | | December | $86.22 |

| Class Member | School Year in Class Period | Settlement Payment By Class Year | Monthly Amount of Settlement Payment | |
|---|---|---|---|---|
| Kathy Schroeder | 2008-2009 | $1,160.98 | January | $96.74 |
| | | | February | $96.74 |
| | | | March | $96.75 |
| | | | April | $96.75 |
| | | | May | $96.75 |
| | | | June | $96.75 |
| | | | July | $96.75 |
| | | | August | $96.75 |
| | | | September | $96.75 |
| | | | October | $96.75 |
| | | | November | $96.75 |
| | | | December | $96.75 |
| | | | | |
| | 2009-2010 | $1,195.81 | January | $99.65 |
| | | | February | $99.65 |
| | | | March | $99.65 |
| | | | April | $99.65 |
| | | | May | $99.65 |
| | | | June | $99.65 |
| | | | July | $99.65 |
| | | | August | $99.65 |
| | | | September | $99.65 |
| | | | October | $99.65 |
| | | | November | $99.65 |
| | | | December | $99.66 |
| | | | | |
| | 2010-2011 | $1,207.77 | January | $100.64 |
| | | | February | $100.64 |
| | | | March | $100.64 |
| | | | April | $100.65 |
| | | | May | $100.65 |
| | | | June | $100.65 |
| | | | July | $100.65 |
| | | | August | $100.65 |
| | | | September | $100.65 |
| | | | October | $100.65 |
| | | | November | $100.65 |
| | | | December | $100.65 |

1019130.2